```
JaVonne M. Phillips, Esq. SBN 187474
Christelle N. Ramseyer, Esq. SBN 265571
```
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
CitiMortgage, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: | § | Case Number: 11-46699 L |
|---|---|---|
| **Ellery Clifton Jewell** | § | |
| **Rosalie Jewell** | § | Chapter: 13 |
| | § | |
| Debtors | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES
2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by CitiMortgage, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

    McCarthy & Holthus, LLP
    1770 Fourth Avenue
    San Diego, CA 92101
    (877) 369-6122

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. CitiMortgage, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 10/24/2012                        McCarthy & Holthus, LLP

                                        By: /s/ Christelle N. Ramseyer, Esq.
                                             Christelle N. Ramseyer, Esq.,
                                             Attorney for CitiMortgage, Inc., its assignees
                                             and/or successors

| | |
|---|---|
| 1 | JaVonne M. Phillips, Esq. SBN 187474 |
| 2 | Christelle N. Ramseyer, Esq. SBN 265571 |
| | **McCarthy & Holthus, LLP** |
| 3 | 1770 Fourth Avenue |
| | San Diego, CA 92101 |
| 4 | Phone (877) 369-6122 |
| 5 | Fax (619) 685-4810 |
| 6 | Attorney for: |
| 7 | CitiMortgage, Inc., its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 11-46699 L |
| | ) | |
| Ellery Clifton Jewell | ) | |
| Rosalie Jewell, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE OF** |
| | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | Judge: William J. Lafferty |

**CERTIFICATE OF SERVICE**

On 10/24/2012, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Ellery Clifton Jewell, 2003 Murphy Drive, San Pablo, CA 94806

Rosalie Jewell, 2003 Murphy Drive, San Pablo, CA 94806

DEBTOR(S) COUNSEL
Patrick L Forte, Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612

TRUSTEE
Martha G. Bronitsky, P.O. Box 9077, Pleasanton, CA 94566

UNITED STATES TRUSTEE
1301 Clay St #690N, Oakland, CA 94612

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 10/24/2012        /s/ David Fry
　　　　　　　　　　　　　David Fry