

PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes the order of the court.
Signed November 13, 2012

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-46699 WJL** |
| **ELLERY CLIFTON JEWELL and ROSALIE JEWELL,** | **Chapter 13** |
| Debtors. | <u>**ORDER MODIFYING CHAPTER 13 PLAN**</u> |
| _____/ | |

The above named debtor having served a Motion to Modify Chapter 13 Plan on October 15, 2012, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Debtors shall surrender the real property located at 2003 Murphy Drive, San Pablo, CA 94806 to CitiMortgage, Bank of the West, & the Contra Costa County Treasurer Tax Collector. The Chapter 13 Trustee shall not disburse any funds to claim #12-1 of Bank of the West & claim #34-1 of CitiMortgage upon the entry of the Order Modifying Plan.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'